TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00008-CR







Alicia Vega, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR90-533, HONORABLE FRED A. MOORE, JUDGE PRESIDING







PER CURIAM



 This is an appeal from a judgment of conviction for theft. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 59(b).




Before Justices Powers, Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed: June 21, 1995


Do Not Publish